No. 04-00-00631-CR


Anthony Guadalupe FLORES,

Appellant



v.



The STATE of Texas,


Appellee



From the 379th Judicial District Court, Bexar County, Texas


Trial Court No. 2000-CR-0542


Honorable Bert Richardson, Judge Presiding



PER CURIAM


Sitting: Phil Hardberger, Chief Justice

 Sarah B. Duncan, Justice

 Karen Angelini, Justice


Delivered and Filed: March 7, 2001


MOTION TO DISMISS GRANTED; APPEAL DISMISSED


 Appellant filed a motion to abate the appeal in which counsel states appellant advised him he
wants to abandon the appeal. Attached to the motion is a handwritten letter from appellant to counsel,
stating appellant would like to "withdraw my appeal." Construing the motion as a motion to dismiss
pursuant to Rule 42.2(a) of the Texas Rules of Appellate Procedure, we grant the motion and dismiss
the appeal. See Tex. R. App. P. 42.2(a).

 PER CURIAM

DO NOT PUBLISH